IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRYAN ANTHONY REO, | CASE NO. 1:21 CV 496 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | |
| | **JUDGMENT ENTRY** |
| NATIONAL GAS & ELECTRIC, LLC, *et al.*, | |
| Defendants. | |

For the reasons stated in the Court's Memorandum of Opinion, this action is dismissed. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2021